IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CURTIS DUGGAN,**

    **Petitioner,**

vs.                                                                     4:06-CV-512-SPM/AK

**JAMES McDONOUGH**, *et al.*,

    **Respondent.**

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 6) dated January 3, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. This case is hereby *transferred* to the United States District Court for the Middle District of Florida.

3. The clerk is directed to immediately take all steps necessary to effectuate the transfer.

**DONE AND ORDERED** this <u>twelfth</u> day of February, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge